■ RONALD COLLINS, Appellant, v WIN-HOLT EQUIPMENT CORP., Defendant and Third-Party Plaintiff-Respondent. SUPERMARKETS GENERAL CORPORATION, Doing Business as RICKEL HOME CENTERS, Third-Party Defendant-Respondent. [672 NYS2d 813] —In an action to recover damages for personal injuries, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Rockland County (Weiner, J.), dated August 4, 1997, as denied that branch of his motion which was to sever the third-party action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court did not improvidently exercise its discretion in denying that branch of the plaintiff's motion which was to sever the third-party action (*see, Shanley v Callanan Indus.*,

54 NY2d 52). Rosenblatt, J. P., Sullivan, Altman and Luciano, JJ., concur.